# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, R.Q. WARD, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**EVAN R. TAPIO**
**MACHINIST'S MATE SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400178**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 20 February 2014.
**Military Judge**: CDR Michael J. Luken, JAGC, USN.
**Convening Authority**: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: CDR S.J. Gawronski, JAGC, USN.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**28 August 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court